■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAM LALL, Also Known as BAHADUR BOODRAM, Appellant. [726 NYS2d 868] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered December 17, 1997, convicting him of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court properly admitted limited expert testimony concerning the general practices of drug dealers (*see, People v Smalls,* 266 AD2d 570; *People v Kane,* 207 AD2d 846, *affd sub nom. People v Graves,* 85 NY2d 1024). Santucci, J. P., Goldstein, H. Miller and Crane, JJ., concur.